Waterworks v KWI Exhibit A.xls

| EXHIBIT A* Transfers | | | |
|---|---|---|---|
| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
| KWI | 208387 | 2/26/2009 | $8,750.00 |
| KWI | 209059 | 4/3/2009 | $8,750.00 |
| KWI | 209236 | 4/27/2009 | $8,750.00 |
| | | | $26,250.00 |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation